10-14-11

HARMON HARD CELL 3

FILED

OCT 1 8 2011

11-4149

CLERK

SIR:

PLEASE TREAT THIS AS A 1983 MOTION OR WHAT-
EVER REMEDY APPLIES. I AM BEING
DENIED MANY CIVIL RIGHTS AND HELD
IN CRUEL AND UNUSUAL CONDITIONS.
(DUE TO THE NATURE) SEE OTHER SIDE.
I AM A 77 YEAR OLD MAN IN POOR HEALTH
I.E. STROKE, AAA, DEEP VEIN THROMBOSIS,
RUPTURED DISK (L4-S5), CHRONIC BACK
PAIN. NO MEDICATION EXCEPT
NEURONTIN AND SOMA
STATE OFFICIALS PASS THE BUCK. SO IS NO HELP
THERE, I'M IN THE 38 DAYS THIS TIME.
PLEASE ORDER AN INVESTIGATION AND/OR
ORDER A HEARING, I NEED TO BE TAKEN
INTO FEDERAL CUSTODY TO AVOID FURTHER
RETALIATION. SUSPICIOUS DEATHS HAVE
OCCURRED FOR SEEKING FED. INVESTI-
GATIONS. I'M STATE PRISONER. 15 YEAR SENT-
ENCE FOR DIST. OF 66 METHADONE TABLETS,
IN 2000.
I'M IN FEAR FOR TRUTHFULLY,
MY LIFE.          George Harris

| South Dakota Department of Corrections | Attachment: Administration Detention Order (G-34) |
|---|---|
| Policy | Please refer to DOC policy 1.C.3.2 |
| Distribution: Public | Inmate Discipline System |

# ADMINISTRATIVE DETENTION ORDER

Facility: ☐ SDSP   ☐ Jameson   ☑ MDSP   ☐ YTU   ☐ RCCU   ☐ MCCC   ☐ SDWP
☐ Other. Explain: _____

To: Special Housing Unit Officer/ UM Administrative Detention

From: _____ MAJ. TJeelsma _____
(Staff Name and Title)

Re: Placement of Inmate: _____ HalP. Scalge _____

Inmate Number: _____ # 54099 _____ in Administrative Detention.

From: _____ Halman, 101 f _____ Unit to _____ HHC = 3 _____ Unit.

**Note:** Is the inmate currently on the Awareness List?   ☐ Yes   ☐ No

AIMS Code: _____ A _____   Current Custody Level: _____ L/m _____   PREA Code: _____ AP _____

Separation Requirements: ☐ Yes ☑ No   If yes, from whom? _____

☑ Is pending an investigation and/or hearing for a violation of a Prohibited Act(s) or is pending an investigation or trial on a criminal act.

☐ Is to be admitted because the inmate has requested admission for protection or a threat exists to the inmate's safety as perceived by staff.

☐ Is pending transfer or classification.

It is the Officer's decision based on the available information and/or circumstances that the above named inmate's continued presence in the general population poses a threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because:
_____ Due To The Nature _____
_____
_____
_____
_____
_____

Therefore, the above named inmate is to be place on Administrative Detention until further notice.

The inmate received a copy of this order on:   Date: _____ 10-14-11 _____   Time: _____ 7:12 am _____

_____ CPl. Juix _____ CPl Tylor _____ 10-14-11 _____
Staff Witness: Printed Name / Signature                          Date

Original:   To the Head of Security
Copy 1:     To the Inmate's Unit Manager.
            (This copy is attached to the disciplinary paperwork at the UDC before being forwarded.)
Copy 2:     To the SHU Officer / UM Administrative Detention
Copy 3      To the Inmate

Revised: 9/2/2009                                                    Page 1 of 1