**GEORGE HARP 54099**
Name and Prisoner/Booking Number

**S.D. STATE PRISON**
Place of Confinement

**Box 5911**
Mailing Address

**SIOUX FALLS, S.D. 57117-5911**
City, State, Zip Code

FILED
JAN 03 2012
[signature] CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
_____ DIVISION

**GEORGE EVANS HARP**
(Full Name of Plaintiff)

Plaintiff,

Case No.\_\_\_\_
(To be supplied by the Clerk)

vs.

**MIKE DURFEE STATE PRISON,
SOUTH DAKOTA STATE PRISON
SOUTH DAKOTA DEPT. OF CORR
SOUTH DAKOTA PRISON MED. DEPT.**
(Full Name of Each Defendant)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Defendants.

"NAMES OF INDIVIDUALS TO BE NAMED BY LATER DATE
(WARDEN DOOLEY (MIKE DURFEE ST PRISON) WARD. N. WEBBER (SO. DAK. ST PRISON)
DR. WILINGA, DR. REGERE.

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: **GEORGE HARP**
   Present mailing address: **S.D.S.P. BOX 5911 Sioux Falls, SD 57117-5911**
   (Failure to notify the Court of any change of address may result in dismissal of this action.)

   Institution/city where violation occurred **① MIKE DURFEE STATE PRISON**
   **② SOUTH DAKOTA STATE PRISON**

---

3. Name of first Defendant: **WARDEN DOOLEY**. The first Defendant is employed as:
   **WARDEN** (Position and Title) at **MIKE DURFEE STATE PRISON** (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **KNEW OF CRIMINAL ACTS AND CRUEL AND UNUSUAL TREATMENT.**

4. Name of second Defendant: **DR. WILINGA**. The second Defendant is employed as:
   **DR. AND HEAD OF MED. DEPT.** (Position and Title) at **MIKE DURFEE STATE PRISON** (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **ACTED AS ARM OF DOC INSTEAD OF DR - REFUSED ADEQUATE MEDICAL TREATMENT.**

5. Name of third Defendant: **DEPT. OF CORR. (D.O.C.)**. The third Defendant is employed as:
   **SUPERINTENDANT** (Position and Title) at **D.O.C., PIERRE S.D.** (Institution)
   This Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **ORDERED PRISON DR.'S NOT TO GIVE PLAINTIFF ADEQUATE MEDICATION.**

6. Name of fourth Defendant: **WARDEN WEBER**. The fourth Defendant is employed as:
   **WARDEN SO. DAK. ST. PR.** (Position and Title) at **S.D.S.P. SIOUX FALLS, S.D.** (Institution)
   This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
   Explain how this Defendant was acting under color of law: **ORDERS DR. REGERA AND DR. WILENGA NOT TO PRESCRIBE CERTAIN MEDICATION**

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2. If your answer is "yes," how many lawsuits have you filed? _____. Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
      _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

4. Second prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: _____
       Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

5. Third prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: _____
       Defendants: _____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

    e. Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): DON'T KNOW THE NAMES OF RIGHTS EXCEPT CRUEL AND UNUSUAL TREATMENT AND ENDANGERING MY LIFE.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☑ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   MIKE DURFEE WARDEN ALLOWED OFFICERS TO ASSAULT AND THREATEN ME, STOLE MY LEGAL DOCUMENTS AND LET M.J. TPEARS MA FRAME ME AND THREATEN ME AND TAKE MY LEGAL PAPERS. DR. WILENGA REFUSED ME MEDICATION THAT WAS ORDERED FOR ME BY PROMINENT DRS. AND PAIN CLINIC. OTHERS INVOLVED TO BE NAMED LATER WHEN I CAN GET HELP TO PROSECUTE MY CASE. I WILL ELABORATE WHEN I(C) I GET LEGAL ASSISTANCE.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   INJURY TO MY LIFE, HEALTH, MENTAL AND PHYSICAL. AND TO MY APPEAL CAUSING ME TO BE UNABLE TO USE STOLEN DOCUMENTS FOR APPEAL OF SENTENCE.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. REFUSED PROCESS, TRIED BUT STRIMMIED BY ALL REQUESTS.

# COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): **INHUMAN CONDITIONS IN "HARD CELL" CRUEL AND UNUSUAL TREATMENT AT MIKE DURFEE ST. PRISON**

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care  ☐ Access to the court  ☐ Mail
   ☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer  ☑ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   **IN HARD CELL KEPT WAKEN W/ NO FOOD OR WATER FOR 48 HRS ON 3 OCCASIONS. BEING PARALYZED WAS UNABLE TO OBTAIN FOOD, WATER, OR MEDICATION.**

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   **MENTAL AND PHYSICAL HEALTH AFFECTED**

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. **SCARED OF RETALIATION SOME OFFICE[RS] HANDLE APPEALS.**

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): CRUEL AND UNUSUAL TREATMENT

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   DR. REGERE AT SDSP SIOUX FALLS REFUSED ME PRESCRIBED MEDICATION BY SANFORD HOSPITAL AND AVERA McKennan HOSPITAL DRS SAY, W/ a D.O.C "POLICY" FORBID INMATES PAIN MED.

   DR W. LEN GA AT MIKE DURFEE St. PRISON REFUSED me Necessary medication. Stated I Needed Medication But D.O.C. Policy Prohibited Him FROM ORDERING IT FOR ME.

   UNIT MGR D. TMUNSON AT SDSP SIOUX FALLS, Refused me Diabetic Socks ordered by DRS SAYING " They Cost Too Much".

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   INJURY to MENTAL AND PHYSICAL HEALTH

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. SAME PEOPLE HANDLE REM ADI/ THAT DO ACCUSED ACTS

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

ORDER JURY TRIAL SO I CAN PROVE MY CASE, ORDER WITNESSES AND RECORDS, APPOINT ATTORNEY TO REPRESENT ME, REMOVE ME FROM STATE CUSTODY WHILE CASE IS BEING PROSECUTED SO STATE CAN'T RETALIATE AGAINST ME, APPOINT FEDERAL MONITOR TO OVERSEE STATE PRISON SYSTEM IF COURT FEELS IT'S WARRENTED, AND ANY OTHER THING THE COURT DEEMS NECESSARY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-21-11
       DATE

_George Harris_
SIGNATURE OF PLAINTIFF

NO HELP
(Name and title or paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.