UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HARP, | ) | Civ. 11-4149-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SECRETARY OF CORRECTIONS, (D.O.C), Individually and in his official capacity; SOUTH DAKOTA PRISON MEDICAL DEPARTMENT STAFF, Individually and in their official capacity; ROBERT DOOLEY, Warden Mike Durfee State Prison, individually and in official capacity; DR. EUGENE REGIER, Under contract to South Dakota Department of Health, Individually and his official capacity; DR. MELVIN WALLINGA, Under contract to South Dakota Department of Health, Individually and his official capacity; DOUGLAS WEBER, Warden of The South Dakota State Penitentiary, individually and In his official capacity; and KEITH DITMANSON, D-Unit Manager South Dakota State of South Dakota Penitentiary, Jameson Annex, Individually and in his Official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, George Harp.

Dated May 6, 2013.

> BY THE COURT:
>
> /s/ *Karen E. Schreier*
> KAREN E. SCHREIER
> UNITED STATES DISTRICT JUDGE